AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| CINDY L. CHAPLE,<br>　　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-61-D** |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the Court OVERRULES Plaintiff's Objections [D.E. 36] and adopts the Memorandum and Recommendations [D.E. 35]. The Court GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 29], DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 27], and AFFIRMS the Commissioner's final decision.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 20, 2012,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


<u>March 20, 2012</u>　　　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　<u>/s/Debby Sawyer　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina