AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CINDY L. CHAPLE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 5:11-CV-61-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court OVERRULES Plaintiff's Objections [D.E. 36] and adopts the Memorandum and Recommendations [D.E. 35]. The Court GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 29], DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 27], and AFFIRMS the Commissioner's final decision.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 20, 2012,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| March 20, 2012 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |